482

649 A.2d 434

Ronald B. MERRIWEATHER

v.

PHILADELPHIA NEWSPAPERS, INC., t/a The Philadelphia Daily News and Zachary Stalberg and Jay Harris and Paul Maryniak and Joanne Sills and Toni Locy, Appellants.

Supreme Court of Pennsylvania.

Argued Oct. 18, 1994.

Decided Nov. 4, 1994.

Samuel E. Klein, Philadelphia, for Phila. Newspaper, et al.

Richard A. Sprague, Vincent F. Presto, Geoffrey R. Johnson, Philadelphia, for R.B. Merriweather.

Before FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation.